<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6970**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CURTIS BURSTON, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:04-cr-00371-F-2)

Submitted: August 16, 2012          Decided: August 21, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis Burston, Jr., Appellant Pro Se.  Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Burston, Jr., appeals district court orders denying his motion for relief from his sentence and denying his motion for reconsideration. We have reviewed the record and the district court's orders, and affirm on the reasoning of the district court. United States v. Burston, No. 5:04-cr-00371-F-2 (E.D.N.C. Apr. 25, 2012; May 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED